# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| | | |
|---|---|---|
| **1. Person Reporting (last name, first, middle initial)**<br><br>Newman, Jon O. | **2. Court or Organization**<br><br>U.S. Court of Appeals for the Second Circuit | **3. Date of Report**<br><br>04/06/2020 |
| **4. Title (Article III judges indicate active or senior status;** magistrate judges indicate full- or part-time)<br><br>U.S. Circuit Judge senior status | **5a. Report Type (check appropriate type)**<br><br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>**5b.** ☑ Amended Report | **6. Reporting Period**<br><br>01/01/2019<br>**to**<br>12/31/2019 |
| **7. Chambers or Office Address**<br><br>40 Foley Square<br>New York, NY 10007 | | |

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Corporator | Hartford Hospital |
| 2. | Corporator | Institute of Living |
| 3. | Elector | Hartford Atheneum |
| 4. | Life Regent | University of Hartford |
| 5. | Trustee | No. 1 Famly Trust (assets listed in Part VII, lines 175-236) |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Newman, Jon O. | 04/06/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 09/24/19 | Duke University teaching at law school jurist-in-residence program | $7,500.00 |
| 2. 12/01/19 | University of North Carolina Press, book royalty | $45.24 |
| 3. 12/01/19 | William S. Hein & Co., book royalty | $53.01 |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. Dec. 1 | She Writes Press, book royalty |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Duke Law School | May 21-24, 2019 | Durham, NC | Jurist in Residence program | round trip airfare, NYC to Durham, NC, and car rental |
| 2. | Yale University | Sept. 11-14, 2019 | New Haven, CT | attend Global Constitutional Seminar | breakfasts and parking three days |
| 3. | University of Southern California | Feb, 4-8, 2019 | Los Angeles, CA | Jurist in Residence Program | round trip air fare Sarasota, FL, to Los Angeles, CA |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Newman, Jon O.** | 04/06/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐  NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | Yale University | three nights lodging, lunches, and dinners at Global Constitutional seminar | $900.00 |
| 2. | University of Southern California | four nights lodging, parking, lunches, and 1 dinner at Jurist in Residence prograsm | $1,481.49 |
| 3. | Duke University Law School | three nights lodging, lunches and dinners at Jurist in Residence program | $900.00 |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑  NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Newman, Jon O. | 04/06/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. Bank accounts and cash (H): | | | | | | | | | |
| 2. Bank of America Sarasota FL | A | Interest | M | T | | | | | |
| 3. Wells Fargo expanded bank deposit (see note Part VIII) | A | Interest | M | T | | | | | |
| 4. Brokerage Account No. 1 (see note Part VIII) (H) | | | | | | | | | |
| 5. Morgan Stanley Active Assets Tax Free Trust (see note Part VIII) | A | Interest | | | Closed | 04/12/19 | P1 | | |
| 6. CDs (H): | | | | | | | | | |
| 7. Bank of the West, San Francisco CAS 2.35 11/1/19 | B | Interest | | | Buy | 04/25/19 | K | | |
| 8. | | | | | Matured | 11/01/19 | K | | |
| 9. Medallion Bank, Salt Lake City, UT 2.4 5/6/20 | | None | L | T | Buy | 04/25/19 | K | | |
| 10. Seacoast Nat'l Bank, Stuart, FL 2.3 7/29/19 | A | Interest | | | Buy | 04/25/19 | K | | |
| 11. | | | | | Redeemed | 07/29/19 | K | | |
| 12. Citizens Bank Providence, RI 2.0 2/7/20 | | None | L | T | Buy | 07/31/19 | K | | |
| 13. Stocks (H): | | | | | | | | | |
| 14. Adient | | None | | | Sold | 04/26/19 | K | | |
| 15. Air Products | C | Dividend | M | T | | | | | |
| 16. Cigna Corp. New (see note Part VIII) | | None | L | T | Buy | 04/26/19 | K | | |
| 17. Cisco | B | Dividend | L | T | Buy (add'l) | 09/19/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Newman, Jon O.** | 04/06/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. Cummins | D | Dividend | M | T | | | | | |
| 19. Devon Energy | B | Dividend | | | Sold | 04/26/19 | K | | |
| 20. Johnson and Johnson | C | Dividend | M | T | | | | | |
| 21. Johnson Controls Intl | C | Dividend | | | Sold | 04/26/19 | K | | |
| 22. Merck | C | Dividend | M | T | | | | | |
| 23. Microsoft | C | Dividend | L | T | | | | | |
| 24. Minnesota Miniing and Manufacturing | C | Dividend | M | T | | | | | |
| 25. Royal Dutch Shell | D | Dividend | | | Sold | 12/05/19 | M | | |
| 26. Total Fina | D | Dividend | M | T | | | | | |
| 27. Versum | A | Dividend | | | Sold | 10/07/19 | K | | |
| 28. Mutual funds and exchange-traded funds (H): | | | | | | | | | |
| 29. BNY Mellon Technology Growth Fund (see note Part VIII) | | None | L | T | Open | 05/24/19 | L | | |
| 30. Calamos Growth & Income C Fund | B | Dividend | M | T | | | | | |
| 31. Dreyfus Premier Technology Fund (see note Part VIII) | A | Distribution | | | Closed | 05/24/19 | L | | |
| 32. Fed Max Cap Fund | B | Distribution | | | Sold | 04/26/19 | L | | |
| 33. Invesco Balanced Risk Alloc. C Fund | B | Distribution | | | Sold | 04/26/19 | M | | |
| 34. Janus Henderson Intl Fund | A | Dividend | K | T | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 | |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Newman, Jon O.** | 04/06/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. Mainstay Large Cap Fund | B | Dividend | | | Sold | 04/26/19 | L | | |
| 36. Invesco Tr II S&P Mid Cap Revenue Fund (see note Part VIII) | A | Dividend | L | T | | | | | |
| 37. Invesco Oppenheimer Roch AMT Free Mu C Fund (see note Part VIII) | A | Dividend | L | T | | | | | |
| 38. Invesco TR II S&P Small Cap Revenue Fund (see note Part VIII) | A | Dividend | L | T | | | | | |
| 39. Prudential Jennison Small Cap Cl C Fund | C | Distribution | | | Sold | 04/26/19 | L | | |
| 40. Schwab 1000 Fund | B | Distribution | L | T | | | | | |
| 41. SPDR Barcap Short Term Hi Yield Fund | B | Dividend | | | Sold | 04/26/19 | K | | |
| 42. Bonds (H): | | | | | | | | | |
| 43. Bound Brook NJ '21 4.0 | B | Interest | L | T | | | | | |
| 44. Danbury CT. '19 2.5 | A | Interest | | | Matured | 07/15/19 | K | | |
| 45. Davenport Iowa '21 2.0 | B | Interest | L | T | | | | | |
| 46. Duncanville TX '23 5.0 | | None | L | T | Buy | 02/14/19 | L | | |
| 47. Elkhorn Minn '23 2.0 | A | Interest | L | T | | | | | |
| 48. Harris Cnty TX '22 30 | A | Interest | L | T | | | | | |
| 49. Hartford CT | B | Interest | L | T | Buy | 02/14/19 | L | | |
| 50. Holdingford Minn School '23 5.0 | B | Interest | L | T | | | | | |
| 51. Kenton Cnty KY '20 2.0 | A | Interest | L | T | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 | |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Newman, Jon O. | 04/06/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. LaPorte Ind | A | Interest | L | T | | | | | |
| 53. Maryland '23 5.0 | B | Interest | L | T | Buy | 01/15/19 | L | | |
| 54. Maryland '26 5.0 | A | Interest | K | T | Buy | 07/08/19 | K | | |
| 55. Maryland RFDG '22 5.0 | A | Interest | K | T | Buy | 07/17/19 | K | | |
| 56. Mich St Strat. '20 5.0 | C | Interest | M | T | | | | | |
| 57. Ohio St RFDG High Ed '22 5.0 | A | Interest | L | T | Buy | 07/08/19 | K | | |
| 58. Oregon St Housing 2.65 '24 | A | Interest | L | T | Buy | 01/04/19 | L | | |
| 59. Oxford Mass G.O. '19 2.0 | A | Interest | | | Matured | 07/01/19 | L | | |
| 60. Phoenix Ariz '19 3.0 | A | Interest | | | Matured | 07/01/19 | K | | |
| 61. Peoria IL Pub. Bldg. '21 0.0 | | None | | | Redeemed | 07/01/19 | K | | |
| 62. Rhode Island Comm Corp '22 5.0 | B | Interest | L | T | | | | | |
| 63. South Amboy NJ '22 4.0 | B | Interest | L | T | | | | | |
| 64. Univ. CT '22 5.0 | B | Interest | L | T | | | | | |
| 65. Upper Trinity Wtr TX '22 5.0 | A | Interest | K | T | Buy | 07/17/19 | K | | |
| 66. West Wildwood, NJ -21 3.0 | B | Interest | L | T | | | | | |
| 67. Brokerage Account No 2 (see note Part VIII).(H): | | | | | | | | | |
| 68. Wells Fargo expanded bank deposit (see note Part VIII) | A | Interest | M | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Newman, Jon O.** | 04/06/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐   NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69.  Stocks (H): | | | | | | | | | |
| 70.  Abbvie Inc. | A | Dividend | K | T | Buy | 11/25/19 | K | | |
| 71. | | | | | Buy<br>(add'l) | 12/05/19 | J | | |
| 72.  Aflac | A | Dividend | J | T | Sold<br>(part) | 03/11/19 | J | A | |
| 73.  American Electric Power | A | Dividend | K | T | Buy | 05/08/19 | J | | |
| 74.  AT&T | A | Dividend | L | T | Buy<br>(add'l) | 02/27/19 | J | | |
| 75. | | | | | Buy<br>(add'l) | 04/29/19 | K | | |
| 76. | | | | | Buy<br>(add'l) | 04/30/19 | J | | |
| 77. | | | | | Buy<br>(add'l) | 05/02/19 | J | | |
| 78. | | | | | Buy<br>(add'l) | 05/07/19 | J | | |
| 79. | | | | | Buy<br>(add'l) | 05/13/19 | J | | |
| 80.  Amgen | A | Dividend | K | T | Buy<br>(add'l) | 04/29/19 | K | | |
| 81.  Apple | A | Dividend | K | T | Buy<br>(add'l) | 04/29/19 | K | | |
| 82. | | | | | Buy<br>(add'l) | 05/03/19 | J | | |
| 83. | | | | | Buy<br>(add'l) | 05/08/19 | J | | |
| 84.  Berkshire Hathaway | | None | K | T | Buy<br>(add'l) | 04/29/19 | K | | |
| 85.  Boeing | A | Dividend | | | Buy | 02/27/19 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1  Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2  Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3  Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Newman, Jon O.** | 04/06/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Buy (add'l) | 03/11/19 | J | | |
| 87. | | | | | Buy (add'l) | 04/29/19 | K | | |
| 88. | | | | | Buy (add'l) | 04/30/19 | J | | |
| 89. | | | | | Buy (add'l) | 05/02/19 | J | | |
| 90. | | | | | Buy (add'l) | 05/03/19 | J | | |
| 91. | | | | | Buy (add'l) | 05/06/19 | J | | |
| 92. | | | | | Buy (add'l) | 05/07/19 | J | | |
| 93. | | | | | Buy (add'l) | 05/13/19 | J | | |
| 94. | | | | | Sold | 11/19/19 | K | | |
| 95. Broadcom | A | Dividend | J | T | Buy (add'l) | 04/29/19 | K | | |
| 96. Cisco | A | Dividend | J | T | Buy (add'l) | 04/29/19 | K | | |
| 97. Constellation Brands | A | Dividend | | | Buy | 01/19/19 | J | | |
| 98. | | | | | Sold | 11/19/19 | K | | |
| 99. Digital Realty Trust | A | Dividend | K | T | Buy | 05/03/19 | K | | |
| 100. Dow Inc. | B | Dividend | K | T | Spinoff (from line 102) | 06/01/19 | K | | |
| 101. Dow Chemical | A | Dividend | | | Merged (with line 102) | 04/29/19 | K | | |
| 102. DowDupont (see note Part VIII) | A | Dividend | | | Closed | 06/01/19 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Newman, Jon O.** | 04/06/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 103.  ExxonMobil | A | Dividend | | | Sold | 11/19/19 | J | | |
| 104.  Home Depot | A | Dividend | K | T | Buy<br>(add'l) | 04/29/19 | K | | |
| 105.  IBM | B | Dividend | | | Buy | 05/01/19 | K | | |
| 106. | | | | | Buy<br>(add'l) | 05/02/19 | J | | |
| 107. | | | | | Buy<br>(add'l) | 05/03/19 | J | | |
| 108. | | | | | Buy<br>(add'l) | 05/13/19 | J | | |
| 109. | | | | | Sold | 11/19/19 | K | | |
| 110.  Intel | A | Dividend | K | T | Buy<br>(add'l) | 04/29/19 | K | | |
| 111. | | | | | Buy<br>(add'l) | 05/03/19 | J | | |
| 112. | | | | | Buy<br>(add'l) | 05/09/19 | J | | |
| 113.  Johnson & Johnson | A | Dividend | J | T | Buy<br>(add'l) | 04/29/19 | K | | |
| 114.  JP Morgan Chase | A | Dividend | J | T | Buy<br>(add'l) | 04/29/19 | K | | |
| 115. | | | | | Buy<br>(add'l) | 05/16/19 | K | | |
| 116.  Kimberly-Clark | A | Dividend | J | T | Buy<br>(add'l) | 04/29/19 | K | | |
| 117.  Merck | A | Dividend | J | T | Buy<br>(add'l) | 04/29/19 | K | | |
| 118. | | | | | Buy<br>(add'l) | 05/03/19 | J | | |
| 119.  Minnesota Mining & Manufacturing | A | Dividend | | | Sold | 01/19/19 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1  Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2  Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3  Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Newman, Jon O.** | 04/06/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120.  Newell Brands | | None | | | Sold | 02/27/19 | J | | |
| 121.  Nextera Energy | A | Dividend | J | T | Buy (add'l) | 04/29/19 | K | | |
| 122.  Pfizer | A | Dividend | | | Buy (add'l) | 04/29/19 | K | | |
| 123. | | | | | Buy (add'l) | 04/30/19 | J | | |
| 124. | | | | | Sold | 11/19/19 | K | | |
| 125.  Phillips 66 | B | Dividend | L | T | Buy | 05/13/19 | J | | |
| 126. | | | | | Buy (add'l) | 05/16/19 | K | | |
| 127.  Procter & Gamble | A | Dividend | J | T | Buy (add'l) | 04/29/19 | K | | |
| 128. | | | | | Buy (add'l) | 05/03/19 | J | | |
| 129.  Realty Income Corp.. | A | Dividend | K | T | Buy | 05/03/19 | K | | |
| 130. | | | | | Buy (add'l) | 05/07/19 | J | | |
| 131.  Southern Company | A | Dividend | K | T | Buy | 05/06/19 | J | | |
| 132. | | | | | Buy (add'l) | 05/08/19 | J | | |
| 133.  US Bancorp | A | Dividend | J | T | Buy (add'l) | 04/29/19 | K | | |
| 134. | | | | | Buy (add'l) | 05/16/19 | K | | |
| 135.  Verizon | A | Dividend | J | T | Buy (add'l) | 04/29/19 | K | | |
| 136. | | | | | Buy (add'l) | 05/08/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Newman, Jon O. | 04/06/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | | | | Buy (add'l) | 05/16/19 | K | | |
| 138. Waste Mgmt | A | Dividend | K | T | Buy | 04/29/19 | K | | |
| 139. | | | | | Buy (add'l) | 05/02/19 | J | | |
| 140. | | | | | Buy (add'l) | 05/03/19 | J | | |
| 141. Mutual funds (H) | | | | | | | | | |
| 142. American Tax-Exempt Bond Fund | C | Dividend | M | T | Buy | 05/02/19 | L | | |
| 143. | | | | | Buy (add'l) | 05/07/19 | K | | |
| 144. | | | | | Buy (add'l) | 06/18/19 | K | | |
| 145. Goldman Sachs Dynamic Mun. Inc. Fund | C | Dividend | M | T | Buy | 05/02/19 | L | | |
| 146. | | | | | Buy (add'l) | 05/07/19 | K | | |
| 147. | | | | | Buy (add'l) | 06/18/19 | K | | |
| 148. Exchange traded funds (H) | | | | | | | | | |
| 149. SPDR S&P dividend ETF Fund | B | Dividend | L | T | Buy | 05/01/19 | L | | |
| 150. Vanguard Short Term ETF bond Fund | B | Dividend | L | T | Buy | 04/30/19 | K | | |
| 151. Merrill Edge Account (H) | | | | | | | | | |
| 152. Merrill Lynch direct deposit program | | None | K | T | | | | | |
| 153. ETF and Mutual Funds (H) | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Newman, Jon O.** | 04/06/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 154. AB Large Capital Growth Fund | | None | K | T | | | | | |
| 155. Ishares core S&P small cap etf fund | A | Dividend | K | T | | | | | |
| 156. Ishares S&P small cap 600 growth fund | A | Dividend | K | T | | | | | |
| 157. Janus Henderson Enterprise Fund | A | Dividend | K | T | | | | | |
| 158. Invesco QQQ Trust Units Ser. 1 Fund (see note Part VIII) | A | Dividend | K | T | | | | | |
| 159. | | | | | Buy (add'l) | 11/25/19 | K | | |
| 160. | | | | | Buy (add'l) | 05/02/19 | J | | |
| 161. | | | | | Buy (add'l) | 05/07/19 | J | | |
| 162. Vanguard Mid-Cap Value Index Fund | A | Dividend | K | T | | | | | |
| 163. | | | | | Buy (add'l) | 05/02/19 | J | | |
| 164. | | | | | Buy (add'l) | 05/07/19 | J | | |
| 165. Bonds (H) | | | | | | | | | |
| 166. Mass. G.O. 5.5 '19 | B | Interest | | | Matured | 07/01/19 | K | | |
| 167. Wisc. Environmental 5.0 '20 | B | Interest | K | T | | | | | |
| 168. Miami-Dade Cty. 5.0 '20 | B | Interest | K | T | | | | | |
| 169. N.Y.St. Dorm. '21 5.0 | B | Interest | K | T | | | | | |
| 170. Stocks (H) | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (*No reportable income, assets, or transactions.*)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 171.  Apple Inc. | A | Dividend | K | T | | | | | |
| 172.  Other (H): | | | | | | | | | |
| 173.  Thames & Hudson Royalty Contract | A | Royalty | J | W | | | | | |
| 174.  AIG fixed income Annuity (IRA) | B | Interest | K | T | | | | | |
| 175.  AIG fixed income Annuity (IRA) | A | Interest | J | T | | | | | |
| 176.  Trust No. 1: (H) | | | | | | | | | |
| 177.  - Morgan Stanley Active Assets Tax Free Trust | A | Interest | | | Closed | 04/12/19 | N | | |
| 178.  - Brokerage Account no. 1 (see note Part VIII) (H) | | | | | | | | | |
| 179.  Wells Fargo expanded bank deposit account | A | Interest | J | T | Open | 04/12/19 | J | | |
| 180.  - Stocks: (H) | | | | | | | | | |
| 181.  - Corning | B | Dividend | L | T | | | | | |
| 182.  - Exxon Mobil | D | Dividend | N | T | | | | | |
| 183.  - Honeywell | B | Dividend | L | T | | | | | |
| 184.  - Insteel | A | Dividend | L | T | | | | | |
| 185.  - Johnson Controls Intl | | None | | | Sold | 04/26/19 | J | B | |
| 186.  - Koninklijke Phillips | A | Dividend | K | T | | | | | |
| 187.  - M & T Bank | C | Dividend | M | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Newman, Jon O. | 04/06/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188.  - Medtronic | | None | | | Sold | 04/26/19 | K | B | |
| 189.  - Norfolk Southern | B | Dividend | M | T | | | | | |
| 190.  - Pfizer | B | Dividend | K | T | | | | | |
| 191.  - mutual funds (H): | | | | | | | | | |
| 192.  - Federated Municipal High Yield Advantage A Fund | | None | | | Sold | 04/25/19 | N | F | |
| 193.  - Bonds (H): | | | | | | | | | |
| 194.  - Bridgeport, CT '19 5.5 | B | Interest | | | Redeemed | 08/15/19 | L | | |
| 195.  - CT St Spl Tax '20 3.9 | A | Interest | L | T | | | | | |
| 196.  - Cullman AL Util Elec 5.0 '23 | B | Interest | L | T | Buy | 05/07/19 | L | | |
| 197.  - Everett PA Sch Dist 5.0 '23 | A | Interest | K | T | Buy | 05/07/19 | K | | |
| 198.  - Florida Keys Aqueduct 5.0 '23 | A | Interest | K | T | Buy | 05/07/19 | K | | |
| 199.  - Hillsborough FL 5.0 '23 | B | Interest | L | T | Buy | 05/07/19 | L | | |
| 200.  - JEA Florida Wtr & Swr 5.0 '22 | A | Interest | K | T | Buy | 05/07/19 | K | | |
| 201.  - Martin Cnty Florida 5.0 '20 | A | Interest | K | T | Buy | 05/07/19 | K | | |
| 202.  - Miami Dade Cnty 5.0 '22 | B | Interest | L | T | Buy | 08/16/19 | L | | |
| 203.  - Municipal Elec auth GA 5.0 '20 | A | Interest | K | T | Buy | 05/07/19 | K | | |
| 204.  - New Britain CT 5.0 '23 | A | Interest | K | T | Buy | 05/17/19 | K | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Newman, Jon O. | 04/06/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 205. - Northern Palm Sch Cnty FL 5.0 '23 | B | Interest | K | T | Buy | 05/07/19 | L | | |
| 206. - Northern TX Mun. Wrt. 5.0 '22 | A | Interest | K | T | Buy | 08/16/19 | K | | |
| 207. - Philadelphia PA Gas wks 5.0 '23 | B | Interest | L | T | Buy | 05/07/19 | L | | |
| 208. - Philadelphia PA Ser B GO 5.0 '23 | B | Interest | L | T | Buy | 05/07/19 | L | | |
| 209. - Port St. Lucie FL Util. 5.25 '23 | A | Interest | K | T | Buy | 05/07/19 | K | | |
| 210. - Snohomish Cnty WA Pub. Util. 5.0 '22 | B | Interest | K | T | Buy | 05/07/19 | K | | |
| 211. - Brokerage Account no. 2 (see note Part VIII) (H) | | | | | | | | | |
| 212. Wells Fargo expanded bank deposit | A | Interest | J | T | Open | 04/12/19 | J | | |
| 213. - Stocks: (H) | | | | | | | | | |
| 214. - AT&T | A | Dividend | J | T | Buy | 04/29/19 | J | | |
| 215. - Broadcom | A | Dividend | J | T | Buy | 04/29/19 | J | | |
| 216. | | | | | Buy<br>(add'l) | 05/13/19 | J | | |
| 217. - Chevron | A | Dividend | J | T | Buy | 04/29/19 | J | | |
| 218. | | | | | Buy<br>(add'l) | 05/02/19 | J | | |
| 219. - Coca-cola | A | Dividend | J | T | Buy | 04/29/19 | J | | |
| 220. - Digital Realty Trust, Inc. | A | Dividend | J | T | Buy | 04/29/19 | J | | |
| 221. - Exxon Mobil | A | Dividend | J | T | Buy | 04/29/19 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Newman, Jon O.** | 04/06/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 222.  - General Mills | A | Dividend | J | T | Buy | 04/29/19 | J | | |
| 223.  - General Motors | A | Dividend | J | T | Buy | 04/29/19 | J | | |
| 224. | | | | | Buy<br>(add'l) | 05/02/19 | J | | |
| 225. | | | | | Buy<br>(add'l) | 05/13/19 | J | | |
| 226.  - IBM | A | Dividend | J | T | Buy | 05/01/19 | J | | |
| 227. | | | | | Buy<br>(add'l) | 05/13/19 | J | | |
| 228.  - Johnson & Johnson | A | Dividend | J | T | Buy | 04/29/19 | J | | |
| 229.  - JP Morgan Chase | A | Dividend | J | T | Buy | 04/29/19 | J | | |
| 230. | | | | | Buy<br>(add'l) | 05/13/19 | J | | |
| 231.  - LTC Properties Inc. | A | Dividend | J | T | Buy | 04/29/19 | J | | |
| 232.  - Lockheed Martin | A | Dividend | J | T | Buy | 04/29/19 | J | | |
| 233.  - Pfizer | A | Dividend | J | T | Buy | 04/29/19 | J | | |
| 234.  - Procter & Gamble | A | Dividend | J | T | Buy | 04/29/19 | J | | |
| 235.  - Realty Income Corp. | A | Dividend | J | T | Buy | 04/29/19 | J | | |
| 236.  - Southern Company | A | Dividend | J | T | Buy | 04/29/19 | J | | |
| 237.  - Verizon | A | Dividend | J | T | Buy | 04/29/19 | J | | |
| 238.  - Trust No. 2: (H) | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Newman, Jon O.** | 04/06/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A | B | | C | | D | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Description of Assets (including trust assets) | Income during reporting period | | Gross value at end of reporting period | | Transactions during reporting period | | | | |
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. Brokerage Account No. 1 (see note Part VIII) (H): | | | | | | | | | |
| 240. - Morgan Stanley Active Assets Tax Free Trust | | | | | Closed | 04/12/19 | O | | |
| 241. - Well Fargo expanded bank deposit account | A | Interest | L | T | Open | 04/12/19 | M | | |
| 242. CDs (H) | | | | | | | | | |
| 243. - Bank of the West, San - Francisco, CA 2.35 11/1/19 | B | Interest | | | Buy | 04/25/19 | L | | |
| 244. | | | | | Matured | 08/02/19 | L | | |
| 245. - Chemical Bank, Detroit, MI 2.3 8/2/19 | A | Interest | | | Buy | 04/25/19 | L | | |
| 246. | | | | | Matured | 08/02/19 | L | | |
| 247. - Medallion Bank, Salt Lake City, UT 2.4 5/6/20 | B | Interest | M | T | Buy | 04/25/19 | L | | |
| 248. - Suntrust Bank Atlanata GA 1.9 11/14/19 | A | Interest | | | Buy | 08/06/19 | L | | |
| 249. | | | | | Matured | 11/14/19 | L | | |
| 250. - JP Morgan Chase Bank 1.65 11/15/20 | | None | K | T | Buy | 11/05/19 | K | | |
| 251. - State Bank of India 1.7 11/17/20 | | None | L | T | Buy | 11/05/19 | K | | |
| 252. - JP Morgan Chase Bank 1.7 11/29/20 | | None | M | T | Buy | 11/15/19 | L | | |
| 253. Stocks (H): | | | | | | | | | |
| 254. - 3M | C | Dividend | M | T | | | | | |
| 255. - Adobe Systems | | None | M | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Newman, Jon O. | 04/06/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 256.  - Agilent | A | Dividend | K | T | | | | | |
| 257.  - American Express | B | Dividend | M | T | | | | | |
| 258.  - Automatic Data Processing | C | Dividend | M | T | | | | | |
| 259.  - Baxter Int'l | B | Dividend | N | T | | | | | |
| 260.  - Becton Dickinson | C | Dividend | N | T | | | | | |
| 261.  - CDK Global | A | Dividend | K | T | | | | | |
| 262.  - Cigna | | None | N | T | | | | | |
| 263.  - Dominion Resources | D | Dividend | M | T | | | | | |
| 264.  - Edwards Life Resources | | None | N | T | | | | | |
| 265.  - Emerson Electric | B | Dividend | L | T | | | | | |
| 266.  - General Mills | C | Dividend | M | T | | | | | |
| 267.  - Home Depot | D | Dividend | O | T | | | | | |
| 268.  - Intel | C | Dividend | M | T | | | | | |
| 269.  - IBM | A | Dividend | K | T | | | | | |
| 270.  - Keysight Technologies | | None | K | T | | | | | |
| 271.  - McDonalds | C | Dividend | M | T | | | | | |
| 272.  - Microsoft | C | Dividend | O | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Newman, Jon O.** | 04/06/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 273.  - Procter & Gamble | B | Dividend | L | T | | | | | |
| 274.  - RPM Int'l | D | Dividend | O | T | | | | | |
| 275.  - Shire | | None | | | Redeemed | 01/22/19 | L | | |
| 276.  - Travelers | B | Dividend | L | T | | | | | |
| 277.  - T Rowe Price | B | Dividend | L | T | | | | | |
| 278.  - Weyerhauser | B | Distribution | K | T | | | | | |
| 279.  - Bonds (H): | | | | | | | | | |
| 280.  - Baltimore MD '22 5.0 | B | Interest | L | T | | | | | |
| 281.  - Brainard Minn '21 1.75 | A | Interest | K | T | | | | | |
| 282.  - Burlington VT '22 5.0 | A | Interest | K | T | Buy | 07/15/19 | K | | |
| 283.  - Cape Coral FL '40 6.0 | C | Interest | M | T | | | | | |
| 284.  - Carbon Cnty PA '20 5.0 | B | Interest | L | T | | | | | |
| 285.  - Cromwell CT '20 4.0 | B | Interest | L | T | | | | | |
| 286.  - Delton Kellogg MY Sch '22 4.0 | B | Interest | L | T | | | | | |
| 287.  - Denton TX '22 5.0 | | None | J | T | Buy | 07/15/19 | J | | |
| 288.  - Harrison NJ '20 3.0 | A | Interest | L | T | | | | | |
| 289.  - Indiana St Fin '19 5.0 | | None | | | Matured | 02/01/19 | L | | |

| 1 | Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|---|
| | (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 | Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 | Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Newman, Jon O. | 04/06/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 290.  - Morgan Stanley Active AssetsTax Free Trust | | None | | | Closed | 04/12/19 | M | | |
| 291.  - New York City Trust for Cultural Reserve '21 5.0 | A | Interest | K | T | | | | | |
| 292.  - New York ST Urban Dev '19 5.50 | | None | | | Matured | 03/15/19 | K | | |
| 293.  - Oklahoma '19 5.0 | B | Interest | | | Redeemed | 07/01/19 | K | | |
| 294.  - Orange Cnty FL '24 5.0 | B | Interest | L | T | Buy | 01/19/19 | L | | |
| 295.  - Oyster Bay NY '23 3.0 | A | Interest | L | T | Buy | 01/19/19 | L | | |
| 296.  - Sauk Centre Minn Sch '24 3.0 | A | Interest | K | T | Buy | 01/22/19 | K | | |
| 297.  - Vancouver Wash. '22 5.0 | B | Interest | L | T | | | | | |
| 298.  - West Orange NY '22 2.0 | A | Interest | L | T | | | | | |
| 299.  - Williamson Cnty TX '22 4.5 | A | Interest | K | T | Buy | 07/15/19 | K | | |
| 300.  Brokerage Account No. 2 (see note Part VIII) (H): | | | | | | | | | |
| 301.  - Mongan Stanley, New Haven, CT Money Market Acct. | | None | | | Closed | 04/12/19 | O | | |
| 302.  - Wells Fargo expanded bank deposit | A | Interest | M | T | Open | 04/12/19 | M | | |
| 303.  Stocks (H): | | | | | | | | | |
| 304.  - Abbott Labs | A | Dividend | J | T | | | | | |
| 305.  - Abbvie | A | Dividend | K | T | Buy<br>(add'l) | 05/01/19 | J | | |
| 306.  - Air Products | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Newman, Jon O.** | 04/06/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 307.  - Alphabet Inc. | | None | J | T | | | | | |
| 308.  - Amazon | | None | | | Buy<br>(add'l) | 05/01/19 | J | | |
| 309. | | | | | Buy<br>(add'l) | 05/03/19 | J | | |
| 310. | | | | | Buy<br>(add'l) | 05/13/19 | J | | |
| 311. | | | | | Buy<br>(add'l) | 09/19/19 | J | | |
| 312. | | | | | Sold | 11/19/19 | J | | |
| 313.  - American Electric Power | A | Dividend | J | T | Buy | 05/06/19 | J | | |
| 314.  - American Express | A | Dividend | J | T | Sold<br>(part) | 02/01/19 | J | A | |
| 315. | | | | | Buy<br>(add'l) | 05/01/19 | J | | |
| 316.  - Anheuser Busch | | None | | | Sold | 04/26/19 | J | | |
| 317.  - Apple | A | Dividend | K | T | Buy<br>(add'l) | 05/01/19 | J | | |
| 318. | | | | | Buy<br>(add'l) | 05/03/19 | J | | |
| 319.  - ASML Holding | A | Dividend | J | T | | | | | |
| 320.  - AT&T | A | Dividend | K | T | Buy | 09/19/19 | K | | |
| 321.  - Automatic Data Processing | | Dividend | J | T | | | | | |
| 322.  - Blackrock | A | Dividend | J | T | | | | | |
| 323.  - CDN Pacific RY | | None | | | Sold | 04/26/19 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Newman, Jon O.** | 04/06/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 324. - Chevron | A | Dividend | J | T | Buy (add'l) | 05/01/19 | J | | |
| 325. - Chubb | A | Dividend | J | T | | | | | |
| 326. - Coca-cola | A | Dividend | K | T | Buy (add'l) | 05/01/19 | J | | |
| 327. | | | | | Buy (add'l) | 05/03/19 | J | | |
| 328. - Comcast | A | Dividend | J | T | | | | | |
| 329. - Conoco | A | Dividend | | | Buy (add'l) | 05/01/19 | J | | |
| 330. | | | | | Sold | 11/19/19 | J | | |
| 331. - Constellation Brands | A | Dividend | | | Buy (add'l) | 05/01/19 | J | | |
| 332. | | | | | Buy (add'l) | 05/03/19 | J | | |
| 333. | | | | | Sold | 11/19/19 | J | | |
| 334. - Estee Lauder | A | Dividend | J | T | | | | | |
| 335. - Exxon Mobil | A | Dividend | | | Buy (add'l) | 05/01/19 | J | | |
| 336. | | | | | Buy (add'l) | 05/03/19 | J | | |
| 337. | | | | | Buy (add'l) | 09/19/19 | J | | |
| 338. | | | | | Sold | 11/19/19 | J | | |
| 339. - Facebook | | None | J | T | Buy (add'l) | 05/01/19 | J | | |
| 340. - Infineon | | None | | | Sold | 04/26/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Newman, Jon O. | 04/06/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 341. - Intercontinental Exchange Group | A | Dividend | J | T | | | | | |
| 342. - Intuitive Surgical | | None | J | T | | | | | |
| 343. - Iron Mountain | | None | K | T | Buy | 11/25/19 | K | | |
| 344. - JP Morgan Chase | A | Dividend | J | T | Buy (add'l) | 05/01/19 | J | | |
| 345. | | | | | Buy (add'l) | 05/06/19 | J | | |
| 346. - Linde PLC | | None | | | Sold | 05/01/19 | J | A | |
| 347. - Mastercard | A | Dividend | J | T | Buy (add'l) | 05/01/19 | J | | |
| 348. - McDonalds | A | Dividend | J | T | Buy (add'l) | 05/01/19 | J | | |
| 349. - Microsoft | A | Dividend | K | T | Buy (add'l) | 05/01/19 | J | | |
| 350. - Nestle | | Dividend | J | T | | | | | |
| 351. - Nike | A | Dividend | J | T | | | | | |
| 352. - Novo-Nordisk | A | Dividend | J | T | | | | | |
| 353. - Pepsico | A | Dividend | J | T | Buy (add'l) | 05/01/19 | J | | |
| 354. - Phillip Morris | A | Dividend | J | T | | | | | |
| 355. - Roche Holding | | None | J | T | | | | | |
| 356. - S&P Global | | None | | | Buy | 02/05/19 | J | | |
| 357. | | | | | Sold | 05/01/19 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Newman, Jon O. | 04/06/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 358. - Sherwin Williams | | None | | | Sold | 05/02/19 | J | | |
| 359. - State St. Corp. | | None | | | Sold (part) | 02/05/19 | J | A | |
| 360. | | | | | Sold | 04/26/19 | J | | |
| 361. -Takeda | | None | | | Buy | 01/09/19 | L | | |
| 362. | | | | | Sold | 05/02/19 | L | | |
| 363. - Texas Instruments | A | Dividend | J | T | | | | | |
| 364. - Total | | None | | | Sold | 04/26/19 | J | | |
| 365. - Twenty-first Century Fox | | None | | | Sold | 03/19/19 | J | A | |
| 366. - Union Pacific | A | Dividend | J | T | | | | | |
| 367. - United Health | A | Dividend | J | T | | | | | |
| 368. - United Technologies | A | Dividend | J | T | | | | | |
| 369. - Verisk Analytics | A | Dividend | J | T | | | | | |
| 370. - Verizon | A | Dividend | K | T | Buy | 05/06/19 | J | | |
| 371. | | | | | Buy (add'l) | 05/13/19 | J | | |
| 372. | | | | | Buy (add'l) | 09/19/19 | J | | |
| 373. - Visa | A | Dividend | J | T | Buy (add'l) | 05/03/19 | J | | |
| 374. | | | | | Buy (add'l) | 05/01/19 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Newman, Jon O.** | 04/06/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 375.   - Walgreen | | None | | | Sold | 01/10/19 | J | A | |
| 376.   - Walt Disney | | None | | | Sold (part) | 03/21/19 | J | A | |
| 377. | | | | | Sold | 05/07/19 | J | A | |
| 378.   - Waste Management | A | Dividend | K | T | Buy | 05/01/19 | J | | |
| 379. | | | | | Buy (add'l) | 05/02/19 | J | | |
| 380. | | | | | Buy (add'l) | 05/03/19 | J | | |
| 381.   - Wells Fargo | | None | | | Sold | 02/05/19 | J | A | |
| 382.  Exchange traded and closed end funds (H): | | | | | | | | | |
| 383.   - Alerian MLP Exchange Traded Fund | | | | | Sold | 04/26/19 | K | | |
| 384.   - Invesco S&P Midcap Value with Momentum Fund (see note Part VIII) | A | Dividend | K | T | | | | | |
| 385.   - Invesco S&P Midcap Momentum Fund (see note Part VIII) | A | Dividend | K | T | | | | | |
| 386.   - SPDR Dow Jones Wilshire Int'l Real Est. Fund | B | Dividend | K | T | | | | | |
| 387.   - SPDR Nuveen Barclays Mun. Fund | A | Dividend | K | T | | | | | |
| 388.   - SPDR S&P Div ETF Fund | A | Dividend | K | T | Buy | 05/01/19 | K | | |
| 389.   - Vanguard Intermediate ETF Term Bd Fund | B | Dividend | K | T | Buy | 05/01/19 | K | | |
| 390.   - Vanguard short term ETF Bd Fund | A | Dividend | K | T | Buy | 05/01/19 | K | | |
| 391.   -Vanguard TTL World Stk Index Fund | B | Dividend | L | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Newman, Jon O. | 04/06/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐    NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 392.   Mutual Funds (H): | | | | | | | | | |
| 393.   - American Funds Tax-Exempt Bond Fund | | None | L | T | Buy | 05/02/19 | L | | |
| 394.   - Brandes Emerging Markets I Fund | | None | | | Sold<br>(part) | 02/05/19 | J | B | |
| 395. | | | | | Sold | 04/26/19 | K | | |
| 396.   - Cohen & Steers Realty Fund | B | Dividend | K | T | | | | | |
| 397.   - Davis NY Venture Fund | | None | | | Sold | 04/26/19 | K | B | |
| 398.   - Invesco Russell Midcap Fund | | None | | | Sold | 04/26/19 | K | | |
| 399.   - Franklin Conv. Sec. Adv. Fund | B | Dividend | K | T | | | | | |
| 400.   - Goldman Sach Strategic Mun. Inc. Fund | A | Dividend | L | T | Buy | 05/06/19 | L | | |
| 401.   - Invesco Premier Tx Exempt Inst. Fund | | None | | | Sold | 04/17/19 | K | | |
| 402.   - Invesco Small Cap Value Fund | A | Dividend | | | Sold | 04/17/19 | K | | |
| 403.   - JHF Seaport Long/Short Fund | | None | | | Sold | 05/01/19 | K | | |
| 404.   - JP Morgan Dynamic Sm Cp Gr Sel Fund | A | Dividend | K | T | | | | | |
| 405.   - Legg Mason WA Emerg. Mkt. Debt I Fund | | None | | | Sold | 04/26/19 | K | A | |
| 406.   - Mainstay Large Cap Grw I Fund | A | Dividend | K | T | | | | | |
| 407.   - Nuveen limited term muni bond I Fund | A | Dividend | L | T | | | | | |
| 408.   - Oppenheimer Int'l Bond Y Fund | | None | | | Sold | 04/26/19 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1  Income Gain Codes:<br>   (See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2  Value Codes<br>   (See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3  Value Method Codes<br>   (See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Newman, Jon O. | 04/06/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 409. - Prudential Jennison Mid Cap GW Z Fund | | None | | | Sold | 05/01/19 | K | | |
| 410. - Trust No. 3: (H) | | | | | | | | | |
| 411. Brokerage Account No. 1 (see note Part VIII) (H): | | | | | | | | | |
| 412. - Morgan Stanley Active Assets Tax Free Trust | | None | | | Closed | 04/12/19 | O | | |
| 413. - Wells Fargo Bank expanded bank deposit | A | Interest | L | T | Open | 04/12/19 | M | | |
| 414. CDs (H) | | | | | | | | | |
| 415. - Bank of the West, San Francisco CA 2.35 11/1/19 | B | Interest | | | Buy | 04/25/19 | M | | |
| 416. | | | | | Redeemed | 11/01/19 | M | | |
| 417. - Chemical Bank, Detroit MI 2.3 8/2/19 | A | Interest | | | Buy | 04/25/19 | L | | |
| 418. | | | | | Redeemed | 08/02/19 | L | | |
| 419. - Medallion Bank, Salt Lake City UT 2.4 5/6/20 | C | Interest | M | T | Buy | 04/25/19 | M | | |
| 420. - Goldman Sachs Bank 1.9 2/14/20 | | None | M | T | Buy | 08/06/19 | L | | |
| 421. - State Bank of India 11/17/'20 1.7 | | None | M | T | Buy | 11/05/19 | M | | |
| 422. Stocks (H): | | | | | | | | | |
| 423. - 3M Co. | D | Dividend | M | T | | | | | |
| 424. - Air Products | B | Dividend | M | T | | | | | |
| 425. - Apple | B | Dividend | M | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Newman, Jon O. | 04/06/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 426.   - Danaher | A | Dividend | L | T | | | | | |
| 427.   - Fortive | A | Dividend | K | T | | | | | |
| 428.   - Johnson & Johnson | B | Dividend | L | T | | | | | |
| 429.   - Versum | A | Dividend | | | Sold | 10/07/19 | K | | |
| 430.   - Wells Fargo (see note Part VIII) | A | Dividend | J | T | Open | 04/17/19 | J | | |
| 431.   Bonds (H): | | | | | | | | | |
| 432.   - Janesville Wis. Sch. '19 4.125 | | None | | | Matured | 03/01/19 | K | | |
| 433.   - Okla. Water Resources '19 5.0 | | None | | | Matured | 03/01/19 | K | | |
| 434.   - Brokerage Account No. 2 (H): | | | | | | | | | |
| 435.   - Morgan Stanley Active Assets Tax Free Trust | | None | | | Closed | 04/12/19 | P1 | | |
| 436.   - Wells Fargo expanded bank deposit | A | Interest | L | T | Open | 04/12/19 | M | | |
| 437.   Stocks (H): | | | | | | | | | |
| 438.   - Alliance Data Systems | | None | | | Buy | 02/11/19 | J | | |
| 439. | | | | | Sold | 04/25/19 | J | C | |
| 440.   - American Electric Power | A | Dividend | K | T | Buy | 04/29/19 | K | | |
| 441. | | | | | Buy (add'l) | 05/02/19 | J | | |
| 442.   - American Express | A | Dividend | K | T | Sold (part) | 02/01/19 | J | A | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Newman, Jon O. | 04/06/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 443. | | | | | Sold<br>(part) | 03/25/19 | J | A | |
| 444. | | | | | Buy | 05/13/19 | J | | |
| 445. - Amerisourcebergen | | None | | | Sold | 04/25/19 | J | B | |
| 446. - Apple | A | Dividend | L | T | Buy | 04/29/19 | J | | |
| 447. | | | | | Buy<br>(add'l) | 04/30/19 | J | | |
| 448. | | | | | Buy<br>(add'l) | 05/06/19 | J | | |
| 449. | | | | | Buy<br>(add'l) | 05/07/19 | J | | |
| 450. | | | | | Buy<br>(add'l) | 05/13/19 | J | | |
| 451. | | | | | Buy<br>(add'l) | 05/16/19 | K | | |
| 452. - AT&T | A | Dividend | L | T | Buy | 04/29/19 | K | | |
| 453. | | | | | Buy<br>(add'l) | 04/30/19 | J | | |
| 454. - Boeing | A | Dividend | | | Buy | 04/29/19 | K | | |
| 455. | | | | | Buy<br>(add'l) | 04/30/19 | J | | |
| 456. | | | | | Buy<br>(add'l) | 05/03/19 | J | | |
| 457. | | | | | Buy<br>(add'l) | 05/06/19 | J | | |
| 458. | | | | | Buy<br>(add'l) | 05/07/19 | J | | |
| 459. | | | | | Buy<br>(add'l) | 05/13/19 | J | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Newman, Jon O. | 04/06/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 460. | | | | | Sold | 11/19/19 | J | | |
| 461.   - Chevron | A | Dividend | K | T | Buy | 04/29/19 | K | | |
| 462. | | | | | Buy<br>(add'l) | 04/30/19 | K | | |
| 463. | | | | | Buy<br>(add'l) | 05/03/19 | J | | |
| 464.   - Cisco | A | Dividend | | | Sold | 03/19/19 | J | C | |
| 465. | | | | | Buy | 04/29/19 | J | | |
| 466. | | | | | Buy<br>(add'l) | 04/30/19 | J | | |
| 467. | | | | | Buy<br>(add'l) | 05/03/19 | J | | |
| 468. | | | | | Buy<br>(add'l) | 05/06/19 | J | | |
| 469. | | | | | Buy<br>(add'l) | 05/07/19 | J | | |
| 470. | | | | | Buy<br>(add'l) | 05/09/19 | J | | |
| 471. | | | | | Buy<br>(add'l) | 05/13/19 | J | | |
| 472. | | | | | Buy<br>(add'l) | 09/19/19 | J | | |
| 473. | | | | | Sold | 11/19/19 | J | | |
| 474.   - Conoco Phllips | A | Dividend | J | T | Buy<br>(add'l) | 04/29/19 | J | | |
| 475. | | | | | Buy<br>(add'l) | 11/25/19 | J | | |
| 476.   - Diamond Offshore Drilling | | None | | | Sold | 04/26/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Newman, Jon O. | 04/06/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 477.  - Digital Realty Trust Inc | A | Dividend | K | T | Buy | 04/29/19 | J | | |
| 478. | | | | | Buy (add'l) | 04/30/19 | J | | |
| 479. | | | | | Buy (add'l) | 05/03/19 | J | | |
| 480.  - Ebay | A | Dividend | J | T | | | | | |
| 481.  - Exelon | A | Dividend | J | T | Sold (part) | 03/19/19 | J | A | |
| 482.  - Exxon Mobil | B | Dividend | | | Buy (add'l) | 04/29/19 | J | | |
| 483. | | | | | Buy (add'l) | 04/30/19 | J | | |
| 484. | | | | | Buy (add'l) | 05/03/19 | J | | |
| 485. | | | | | Buy (add'l) | 05/06/19 | J | | |
| 486. | | | | | Buy (add'l) | 05/07/19 | J | | |
| 487. | | | | | Buy (add'l) | 09/19/19 | J | | |
| 488. | | | | | Sold | 11/19/19 | K | | |
| 489.  - Facebook | | None | J | T | | | | | |
| 490. | | | | | Buy (add'l) | 04/30/19 | J | | |
| 491.  - Franklin Resources | | None | | | Sold | 04/25/19 | K | D | |
| 492.  - General Mills | | None | | | Buy | 04/29/19 | K | | |
| 493. | | | | | Buy (add'l) | 04/30/19 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Newman, Jon O. | 04/06/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 494. | | | | | Sold | 06/26/19 | K | A | |
| 495.   - Glaxo Smith Kline | | None | | | Sold | 05/13/19 | K | | |
| 496.   - Globe Life (see note Part VIII) | A | Dividend | J | T | Open | 08/09/19 | J | | |
| 497.   - Hartford Financial Services | A | Dividend | | | | | | | |
| 498.   - Honda | | None | | | Sold | 04/25/19 | J | B | |
| 499.   - IBM | B | Dividend | | | Buy | 05/01/19 | K | | |
| 500. | | | | | Buy<br>(add'l) | 05/03/19 | J | | |
| 501. | | | | | Buy<br>(add'l) | 05/06/19 | J | | |
| 502. | | | | | Buy<br>(add'l) | 05/07/19 | J | | |
| 503. | | | | | Buy<br>(add'l) | 05/13/19 | J | | |
| 504. | | | | | Sold | 11/19/19 | J | | |
| 505.   - Intel | | | | | Buy | 11/25/19 | K | | |
| 506.   - Iron Mountain | | | | | Buy | 11/25/19 | K | | |
| 507.   - Johnson & Johnson | A | Dividend | K | T | Buy<br>(add'l) | 04/29/19 | K | | |
| 508. | | | | | Buy<br>(add'l) | 05/16/19 | K | | |
| 509.   - JP Morgan Chase | A | Dividend | L | T | Buy | 04/29/19 | K | | |
| 510. | | | | | Buy<br>(add'l) | 04/30/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Newman, Jon O. | 04/06/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 511. | | | | | Buy (add'l) | 05/03/19 | J | | |
| 512. | | | | | Buy (add'l) | 05/13/19 | J | | |
| 513. | | | | | Buy (add'l) | 05/16/19 | K | | |
| 514.  - Kroger | A | Dividend | | | Buy (add'l) | 03/19/19 | J | | |
| 515. | | | | | Sold | 06/26/19 | J | | |
| 516.  - Lowes | A | Dividend | J | T | | | | | |
| 517. | | | | | Buy (add'l) | 04/30/19 | J | | |
| 518.  - LTC Properties Inc | B | Dividend | K | T | Buy | 04/29/19 | K | | |
| 519. | | | | | Buy (add'l) | 05/03/19 | J | | |
| 520.  - Mack Cali Realty | | None | | | Sold | 03/11/19 | J | A | |
| 521.  - Marathon Petroleum | A | Dividend | K | T | Buy | 06/26/19 | K | | |
| 522. | | | | | Buy (add'l) | 09/19/19 | J | | |
| 523.  - McKesson | | None | | | Sold | 04/25/19 | J | | |
| 524.  - Medtronic | A | Dividend | J | T | | | | | |
| 525.  - Microsoft | A | Dividend | K | T | Buy | 11/25/19 | K | | |
| 526.  - Mohawk | | None | | | Sold | 04/25/19 | J | A | |
| 527.  - Molson | | None | | | Sold | 05/02/19 | J | A | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Newman, Jon O.** | 04/06/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 528. - National Grid | A | Dividend | J | T | | | | | |
| 529. - National Retail Properties | A | Dividend | K | T | Buy | 04/29/19 | K | | |
| 530. | | | | | Buy<br>(add'l) | 04/30/19 | J | | |
| 531. | | | | | Buy<br>(add'l) | 05/03/19 | J | | |
| 532. - Nextera Energy | B | Dividend | M | T | Buy | 04/29/19 | K | | |
| 533. | | | | | Buy<br>(add'l) | 04/30/19 | J | | |
| 534. | | | | | Buy<br>(add'l) | 05/03/19 | J | | |
| 535. - Pepsico | A | Dividend | J | T | Buy<br>(add'l) | 04/29/19 | J | | |
| 536. | | | | | Buy<br>(add'l) | 04/30/19 | J | | |
| 537. | | | | | Buy<br>(add'l) | 05/03/19 | J | | |
| 538. - Pfizer | B | Dividend | | | Buy | 04/29/19 | K | | |
| 539. | | | | | Buy<br>(add'l) | 04/30/19 | J | | |
| 540. | | | | | Buy<br>(add'l) | 05/03/19 | J | | |
| 541. | | | | | Buy<br>(add'l) | 05/16/19 | K | | |
| 542. | | | | | Buy<br>(add'l) | 09/19/19 | J | | |
| 543. | | | | | Sold | 11/19/19 | K | | |
| 544. - Phillips 66 | A | Dividend | K | T | Buy | 05/09/19 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Newman, Jon O. | 04/06/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 545. | | | | | Buy<br>(add'l) | 05/13/19 | J | | |
| 546. | | | | | Buy<br>(add'l) | 05/16/19 | K | | |
| 547.   - PNC Financial | A | Dividend | J | T | Sold<br>(part) | 03/19/19 | J | A | |
| 548.   - PPG | A | Dividend | J | T | | | | | |
| 549.   - Procter & Gamble | A | Dividend | | | Sold | 02/17/19 | J | A | |
| 550. | | | K | T | Buy | 04/29/19 | K | | |
| 551. | | | | | Buy<br>(add'l) | 04/30/19 | J | | |
| 552. | | | | | Buy<br>(add'l) | 05/03/19 | J | | |
| 553. | | | | | Buy<br>(add'l) | 05/16/19 | J | | |
| 554.   - Qualcomm | A | Dividend | J | T | | | | | |
| 555.   - Realty Income Corp | B | Dividend | L | T | Buy | 04/29/19 | K | | |
| 556. | | | | | Buy<br>(add'l) | 04/30/19 | J | | |
| 557. | | | | | Buy<br>(add'l) | 05/07/19 | J | | |
| 558.   - Schlumberger | | None | | | Sold | 04/25/19 | J | B | |
| 559.   - Southern Company | B | Dividend | K | T | Buy | 04/29/19 | J | | |
| 560. | | | | | Buy<br>(add'l) | 04/30/19 | J | | |
| 561. | | | | | Buy<br>(add'l) | 05/02/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Newman, Jon O.** | 04/06/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 562. | | | | | Buy<br>(add'l) | 05/03/19 | J | | |
| 563.  - Suntrust (see note Part VIII) | A | Dividend | | | Merged<br>(with line 567) | 12/09/19 | K | | |
| 564.  - Target | A | Dividend | J | T | | | | | |
| 565.  - Torchmark (see note Part VIII) | A | Dividend | | | Closed | 08/01/19 | J | | |
| 566.  - Travelers | A | Dividend | J | T | | | | | |
| 567.  - Truist (see note Part VIII) | A | Dividend | K | T | Open | 12/09/19 | J | | |
| 568.  - US Bancorp | A | Dividend | J | T | | | | | |
| 569. | | | | | Buy<br>(add'l) | 04/30/19 | J | | |
| 570. | | | | | Buy<br>(add'l) | 05/16/19 | K | | |
| 571.  - United Parcel | | None | | | Sold | 04/25/19 | J | C | |
| 572.  - Verizon | B | Dividend | J | T | | | | | |
| 573. | | | | | Buy<br>(add'l) | 04/30/19 | J | | |
| 574. | | | | | Buy<br>(add'l) | 05/06/19 | J | | |
| 575. | | | | | Buy<br>(add'l) | 05/09/19 | J | | |
| 576. | | | | | Buy<br>(add'l) | 05/16/19 | K | | |
| 577.  - Waste Management | A | Dividend | K | T | Buy | 04/29/19 | K | | |
| 578. | | | | | Buy<br>(add'l) | 04/30/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Newman, Jon O.** | 04/06/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period<br><br>(1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | C<br>Gross value at end<br>of reporting period<br><br>(1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | D<br>Transactions during reporting period<br><br>(1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 579. | | | | | Buy (add'l) | 05/03/19 | J | | |
| 580.  - Wells Fargo (see note Part VIII) | | None | | | Closed | 04/17/19 | J | | |
| 581.  Exchange traded & closed end funds:(H) | | | | | | | | | |
| 582.  - Deutsche X-Trackers MSCI Fund (see note Part VIII) | B | Dividend | | | Closed | 04/12/19 | M | | |
| 583.  - IShares MSCI Small Cap Fund | B | Dividend | L | T | | | | | |
| 584.  - Ishares JP Morgan EM bond Fund | | None | | | Sold | 04/25/19 | L | B | |
| 585.  - IShares Short Treasury bond fund | A | Dividend | K | T | | | | | |
| 586.  - SPDR S&P div ETF Fund | B | Dividend | L | T | Buy | 05/02/19 | K | | |
| 587. | | | | | Buy (add'l) | 05/03/19 | J | | |
| 588. | | | | | Buy (add'l) | 05/07/19 | J | | |
| 589. | | | | | Buy (add'l) | 05/13/19 | J | | |
| 590.  - Vanguard intermediate ETF bond fund | B | Dividend | K | T | | | | | |
| 591.  - Vanguard short term ETF Bd Fund | B | Dividend | K | T | Buy | 04/30/19 | K | | |
| 592.  - Xtrackers MSCI Fund (see note Part VIII) | | | | | Open | 04/12/19 | M | | |
| 593.  Mutual Funds (H): | | | | | | | | | |
| 594.  - Amerixcan Infl Lnkd Fund | | None | | | Sold | 05/02/19 | J | A | |
| 595.  - American tax-exempt bond Fund | | None | L | T | Buy | 05/02/19 | L | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Newman, Jon O. | 04/06/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 596.   - Brandes Int'l small cap equity\ I Fund | | None | | | Sold | 04/25/19 | K | E | |
| 597.   - Franklin Fed. Intm. Trm. Tx. Fr. Adv. Fund | | None | M | T | | | | | |
| 598.   - Gabelli Equity Fund | | None | | | Sold | 04/25/19 | M | E | |
| 599.   - Goldman Sachs Strategic Mun. Inc. Fund | A | Dividend | L | T | Buy | 05/07/19 | K | | |
| 600.   - Invesco Premier Fund | A | Dividend | | | Sold | 04/17/19 | K | | |
| 601.   - Lord Abbett Conv. Fund | | None | | | Sold | 04/17/19 | K | E | |
| 602.   - Nuance Mid Cap Value Fund | | None | | | Sold | 04/17/19 | M | C | |
| 603.   - Nuveen Ltd. Term Mun. Bond Fund | A | Dividend | L | T | | | | | |
| 604.   - Oppenheimer Int'l Bond Fund | | None | | | Sold | 04/25/19 | L | F | |
| 605.   -Tweedy Browne Fund | B | Dividend | L | T | | | | | |
| 606.   Trust No. 4: (H) | | | | | | | | | |
| 607.   Brokerage Account no. 1 (H): | | | | | | | | | |
| 608.   - Morgan Stanley Active Assets Tax Free Trust | | None | | | Closed | 04/12/19 | M | | |
| 609.   - Wells Fargo expanded bank deposit | A | Interest | K | T | Open | 04/12/19 | M | | |
| 610.   CDs (H): | | | | | | | | | |
| 611.   - Bank of India NY 2.3 10/30/19 | A | Interest | | | Buy | 04/25/19 | L | | |
| 612. | | | | | Redeemed | 10/30/19 | L | | |

| | | | | | |
|---|---|---|---|---|---|
| 1  Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2  Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3  Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Newman, Jon O. | 04/06/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 613. - JP Morgan Chase Bank, Columbus OH 2.45 fc 10/30/19 | A | Interest | | | Buy | 04/25/19 | L | | |
| 614. | | | | | Redeemed | 10/30/19 | L | | |
| 615. - Wells Fargo Bank, Sioux Falls SD 2.3 8/5/19 | A | Interest | | | Buy | 04/25/19 | L | | |
| 616. | | | | | Redeemed | 08/05/19 | L | | |
| 617. - Suntrust Bank Atlanta GA 1.9 2/14/20 | | None | M | T | Buy | 08/06/19 | L | | |
| 618. - JP Morgan Chase Bank Columbus OH '20 1.65 | | None | M | T | Buy | 11/05/19 | M | | |
| 619. Stocks (H): | | | | | | | | | |
| 620. - Apple | A | Dividend | M | T | | | | | |
| 621. - Automatic Data Processing | A | Dividend | L | T | | | | | |
| 622. - CDK Global | A | Dividend | J | T | | | | | |
| 623. - Danaher | A | Dividend | L | T | | | | | |
| 624. - Ecolab | B | Dividend | N | T | | | | | |
| 625. - Fortive | A | Dividend | K | T | | | | | |
| 626. - Nike Class B | A | Dividend | M | T | | | | | |
| 627. - United Tchnologies | B | Dividend | L | T | | | | | |
| 628. - bonds (H): | | | | | | | | | |
| 629. - Kentucky St Prop '19 4.0 | A | Interest | | | Redeemed | 08/01/19 | K | | |

| | | | | |
|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Newman, Jon O. | 04/06/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 630.  - Mass. St. Wtr Res 5.0 '22 | | None | L | T | Buy | 08/01/19 | L | | |
| 631.  - Brokerage Account No. 2 (see noit Part VIII) (H): | | | | | | | | | |
| 632.  - Morgan Stanley Active Assets Tax Free Trust | | None | | | Closed | 04/12/19 | O | | |
| 633.  - Wells Fargo Bank expanded ban deposit | A | Int./Div. | M | T | Open | 04/12/19 | M | | |
| 634.  Stocks (H): | | | | | | | | | |
| 635.  - Adidas AG | | None | | | Buy | 01/29/19 | J | | |
| 636. | | | | | Sold | 04/29/19 | J | | |
| 637.  - AIA Group | | None | | | Sold | 05/01/19 | J | B | |
| 638.  - Air Liquide | | None | | | Sold (part) | 03/19/19 | J | A | |
| 639. | | | | | Sold | 04/29/19 | J | | |
| 640.  - Alfa Laval | A | Dividend | | | Sold | 04/29/19 | J | | |
| 641.  - Allergan | A | Dividend | J | T | | | | | |
| 642.  - Allianz | A | Dividend | J | T | | | | | |
| 643.  - Ambev | | None | | | Buy (add'l) | 03/15/19 | J | | |
| 644. | | | | | Sold | 04/26/19 | J | | |
| 645.  - AMC | | None | | | Sold | 04/29/19 | J | | |
| 646.  - Ameerican Electric Power | A | Dividend | J | T | Buy | 04/30/19 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Newman, Jon O.** | 04/06/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 647. | | | | | Buy (add'l) | 05/16/19 | J | | |
| 648. - AMN Healthcare | | None | | | Sold | 04/26/19 | J | | |
| 649. - Anadarko Petroleum | A | Dividend | | | Sold | 08/09/19 | J | B | |
| 650. - Anasys | | None | J | T | | | | | |
| 651. - Apple | A | Dividend | K | T | Buy | 04/30/19 | J | | |
| 652. | | | | | Buy (add'l) | 05/01/19 | J | | |
| 653. | | | | | Buy (add'l) | 05/03/19 | J | | |
| 654. | | | | | Buy (add'l) | 05/13/19 | J | | |
| 655. - Aspen Pharmacare | | None | | | Sold | 04/26/19 | J | | |
| 656. - AspenTechnology | | None | J | T | | | | | |
| 657. - Atlas Copco | A | Dividend | | | Sold | 04/29/19 | J | | |
| 658. - AT&T | | | L | T | Buy | 04/30/19 | K | | |
| 659. - Autodesk | | None | K | T | | | | | |
| 660. - Baidu | | None | | | Sold | 04/29/19 | K | | |
| 661. - Banco Bilbao | | None | | | Sold | 04/26/19 | J | | |
| 662. - Bayer | | None | | | Sold | 04/26/19 | J | | |
| 663. - Bayerische Motoren Werke | | None | | | Sold | 04/26/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Newman, Jon O.** | 04/06/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐   NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 664.   - Berkley W.R. | A | Dividend | J | T | | | | | |
| 665.   - Biogen | | None | J | T | | | | | |
| 666.   - Boeing | A | Dividend | | | Buy | 04/30/19 | K | | |
| 667. | | | | | Sold | 05/13/19 | K | | |
| 668.   - Broadcom | A | Dividend | K | T | Buy | 05/03/19 | J | | |
| 669.   - Canadian Nat. Ry. | | None | | | Sold<br>(part) | 02/15/19 | J | A | |
| 670. | | | | | Sold | 04/30/19 | J | | |
| 671.   - CDW | A | Dividend | J | T | | | | | |
| 672.   - Charles River Labs | | None | | | Sold | 04/29/19 | J | | |
| 673.   - Check Point | | | J | T | | | | | |
| 674.   - Cheese Cake Factory | | None | | | Sold | 04/26/19 | J | | |
| 675.   - Chevron | A | Dividend | J | T | Buy | 04/30/19 | J | | |
| 676.   - China Mobile | | None | | | Buy | 03/18/19 | J | | |
| 677. | | | | | Sold | 04/26/19 | J | | |
| 678.   - Chugai Pharmaceutical | | None | | | Buy | 02/19/19 | J | | |
| 679. | | | | | Sold | 04/26/19 | J | | |
| 680.   - Cisco | A | Dividend | | | Buy | 04/30/19 | J | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Newman, Jon O.** | 04/06/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 681. | | | | | Buy (add'l) | 05/03/19 | J | | |
| 682. | | | | | Sold | 09/19/19 | J | | |
| 683.  - Citrix | A | Dividend | J | T | | | | | |
| 684.  - Comcast | A | Dividend | J | T | | | | | |
| 685.  - Cooper Co. | A | Dividend | J | T | | | | | |
| 686.  - Copart | | None | J | T | | | | | |
| 687.  - Cree | | None | J | T | | | | | |
| 688.  - Dassault | A | Dividend | J | T | Sold (part) | 03/19/19 | J | A | |
| 689.  - DBS | A | Dividend | J | T | | | | | |
| 690.  - Dentsu Inc. | | None | | | Buy | 01/17/19 | J | | |
| 691. | | | | | Sold | 04/26/19 | J | | |
| 692.  - Diageo | | | | | Buy | 02/15/19 | J | | |
| 693. | | | | | Sold | 04/29/19 | J | A | |
| 694.  - Digital Realty Trust | A | Dividend | K | T | Buy | 04/30/19 | J | | |
| 695. | | | | | Buy (add'l) | 05/03/19 | J | | |
| 696.  - Discovery Communications | | None | | | Sold | 04/29/19 | J | | |
| 697.  - Docusign | | None | J | T | Buy | 01/10/19 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Newman, Jon O. | 04/06/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 698.  - Dolby | A | Dividend | J | T | | | | | |
| 699.  - Elanco Animal Health | | None | | | Sold | 04/26/19 | J | | |
| 700.  - Epiroc Aktiebolag | | None | | | Buy | 03/18/19 | J | | |
| 701. | | | | | Buy (add'l) | 03/19/19 | J | | |
| 702. | | | | | Sold | 04/29/19 | J | | |
| 703.  - Expeditors Int'l | A | Dividend | J | T | | | | | |
| 704.  - Exxon Mobil | A | Dividend | | | Buy | 04/30/19 | J | | |
| 705. | | | | | Buy (add'l) | 05/03/19 | J | | |
| 706. | | | | | Sold | 09/19/19 | J | | |
| 707.  - Fanuc | | None | | | Sold (part) | 01/15/19 | J | | |
| 708. | | | | | Sold | 04/29/19 | J | | |
| 709.  - Flir Systems | | None | | | Sold | 04/26/19 | J | | |
| 710.  - Fluor | | None | | | Sold | 04/26/19 | J | | |
| 711.  - Fomento Economico | | None | | | Sold | 04/29/19 | J | | |
| 712.  - Freeport McMoran | A | Dividend | | | Sold | 04/26/19 | J | | |
| 713.  - Fuchs Petrolub | | None | | | Sold | 04/26/19 | J | | |
| 714.  - General Mills | A | Dividend | K | T | Buy | 04/30/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Newman, Jon O. | 04/06/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 715. | | | | | Buy<br>(add'l) | 05/03/19 | J | | |
| 716.  - GCI Liberty Class A | | None | | | Sold | 05/01/19 | J | A | |
| 717.  - Grifols S.A. | | None | | | | | | | |
| 718. | | None | | | Sold | 04/29/19 | J | | |
| 719.  - Grupo Financiero | | None | | | Sold | 02/20/19 | J | | |
| 720.  - HDFC Bank | | None | | | Sold | 05/01/19 | J | A | |
| 721.  - Home Depot | A | Dividend | K | T | Buy | 04/30/19 | J | | |
| 722. | | | | | Buy<br>(add'l) | 05/03/19 | J | | |
| 723. | | | | | Buy<br>(add'l) | 05/13/19 | J | | |
| 724.  - HSBC Holdings | | None | | | Sold | 05/01/19 | J | A | |
| 725.  - IBM | A | Dividend | | | Buy | 05/01/19 | J | | |
| 726. | | | | | Buy<br>(add'l) | 05/03/19 | J | | |
| 727. | | | | | Buy<br>(add'l) | 05/09/19 | J | | |
| 728. | | | | | Buy<br>(add'l) | 05/13/19 | J | | |
| 729.  - Icici | | None | | | Sold | 05/09/19 | J | A | |
| 730.  - Immunogen | | None | | | Sold | 04/26/19 | J | | |
| 731.  - Infineon Technologies | | None | | | Sold | 05/01/19 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Newman, Jon O.** | 04/06/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐   NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 732.   - Interactive Brokers Group | | None | | | Sold | 04/30/19 | J | A | |
| 733.   - Intel | A | Dividend | K | T | Buy | 04/30/19 | J | | |
| 734. | | | | | Buy (add'l) | 05/03/19 | J | | |
| 735. | | | | | Buy (add'l) | 05/09/19 | J | | |
| 736. | | | | | Buy (add'l) | 05/13/19 | J | | |
| 737.   - Ionis Pharmaceuticals | | | J | T | | | | | |
| 738.   - Itau Unibanco | A | Dividend | | | Sold (part) | 03/15/19 | J | A | |
| 739. | | | | | Sold | 05/09/19 | J | A | |
| 740.   - Jack Henry | A | Dividend | J | T | | | | | |
| 741.   - JGC | | None | | | Sold | 04/26/19 | J | | |
| 742.   - Johnson & Johnson | A | Dividend | | | Buy | 04/30/19 | J | | |
| 743. | | | | | Buy (add'l) | 05/03/19 | J | | |
| 744.   - Johnson Controls Intl | A | Dividend | J | T | | | | | |
| 745.   - JP Morgan Chase | A | Dividend | | | Buy | 04/30/19 | K | | |
| 746. | | | | | Buy (add'l) | 05/03/19 | J | | |
| 747.   - Kubota | | None | | | Buy (add'l) | 01/16/19 | J | | |
| 748. | | | | | Sold | 04/30/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Newman, Jon O. | 04/06/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 749.  - L'Oreal | A | Dividend | J | T | | | | | |
| 750.  - L3 Comm. | A | Dividend | | | Sold | 04/30/19 | J | | |
| 751.  - L3 Harris Technologies | A | Dividend | K | T | Buy | 05/10/19 | J | | |
| 752. | | | | | Buy<br>(add'l) | 11/02/19 | J | | |
| 753. | | | | | Buy<br>(add'l) | 11/25/19 | J | | |
| 754. | | | | | Buy<br>(add'l) | 11/07/19 | J | | |
| 755.  - Lennox Int'l | A | Dividend | J | T | | | | | |
| 756.  - Liberty Broadband | | None | | | Sold | 05/01/19 | J | A | |
| 757.  - Liberty Media | | None | | | Sold | 04/30/19 | J | A | |
| 758.  - Linde PLC | | None | | | Sold | 05/01/19 | J | A | |
| 759.  - Lions Gate | | None | | | Sold | 04/30/19 | J | | |
| 760.  - Lockheed Martin | A | Dividend | K | T | Buy | 04/30/19 | J | | |
| 761.  - Logmein | | None | | | Sold | 04/30/19 | J | | |
| 762.  - Lonza Group | A | Dividend | | | Sold | 04/30/19 | J | | |
| 763.  - LVMH Moet | | None | | | Sold | 02/19/19 | J | A | |
| 764.  - Medtronics | A | Dividend | J | T | | | | | |
| 765.  - Merck | A | Dividend | J | T | Buy | 04/30/19 | J | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Newman, Jon O. | 04/06/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 766. | | | | | Buy<br>(add'l) | 05/03/19 | J | | |
| 767.  - Microoft | A | Dividend | J | T | Buy | 04/30/19 | J | | |
| 768. | | | | | Buy<br>(add'l) | 05/02/19 | J | | |
| 769. | | | | | Buy<br>(add'l) | 05/03/19 | J | | |
| 770.  - Monotaro | | None | | | Sold | 03/20/19 | J | A | |
| 771.  - MSCI Inc Com | A | Dividend | J | T | | | | | |
| 772.  - Naspers Ltd. | | None | | | Sold<br>(part) | 01/30/19 | J | A | |
| 773. | | | | | Sold | 05/09/19 | J | A | |
| 774.  - National Oilwell | | None | | | Sold | 04/30/19 | J | | |
| 775.  - Nestle | A | Dividend | J | T | | | | | |
| 776.  - Nextera Energy | A | Dividend | J | T | Buy | 04/30/19 | J | | |
| 777. | | | | | Buy<br>(add'l) | 05/09/19 | J | | |
| 778.  - Nordson | A | Dividend | J | T | | | | | |
| 779.  - Novozymes | | None | | | Sold | 04/30/19 | J | | |
| 780.  - NOW Inc. | | None | | | Sold | 04/30/19 | J | | |
| 781.  - Nuance Comm. | | None | | | Sold | 04/30/19 | J | | |
| 782.  - Nucor | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 783.  - Occidental Pete Corp. | A | Dividend | | | Buy | 08/09/19 | J | | |
| 784.  - Park24 | | None | | | Sold | 04/30/19 | J | | |
| 785.  - Pentair | A | Dividend | | | Sold | 05/02/19 | J | A | |
| 786.  - Pepsico | A | Dividend | K | T | Buy | 04/30/19 | J | | |
| 787. | | | | | Buy<br>(add'l) | 05/03/19 | J | | |
| 788.  - Phillips 66 | A | Dividend | K | T | Buy | 04/30/19 | J | | |
| 789. | | | | | Buy<br>(add'l) | 05/02/19 | J | | |
| 790. | | | | | Buy<br>(add'l) | 05/03/19 | J | | |
| 791. | | | | | Buy<br>(add'l) | 05/06/19 | J | | |
| 792. | | | | | Buy<br>(add'l) | 05/09/19 | J | | |
| 793. | | | | | Buy<br>(add'l) | 05/13/19 | J | | |
| 794.  - Ping An Insurance | | None | | | Buy | 03/18/19 | J | | |
| 795. | | | | | Buy<br>(add'l) | 03/19/19 | J | | |
| 796. | | | | | Buy<br>(add'l) | 03/20/19 | J | | |
| 797. | | | | | Sold | 04/30/19 | J | | |
| 798.  - PJSC Lukoil | | None | | | Buy | 03/18/19 | J | | |
| 799. | | | | | Buy<br>(add'l) | 03/19/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Newman, Jon O. | 04/06/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 800. | | | | | Buy<br>(add'l) | 03/20/19 | J | | |
| 801. | | | | | Sold | 04/30/19 | J | | |
| 802. - Pool Corp. | A | Dividend | J | T | | | | | |
| 803. - Procter & Gamble | A | Dividend | K | T | Buy | 04/30/19 | K | | |
| 804. | | | | | Buy<br>(add'l) | 05/02/19 | J | | |
| 805. | | | | | Buy<br>(add'l) | 05/03/19 | J | | |
| 806. - Primerica | A | Dividend | J | T | | | | | |
| 807. - Quarate Retail Inc. | | None | | | Sold | 04/19/19 | J | | |
| 808. - RBC Bearngs | | None | J | T | | | | | |
| 809. - Realty Income Corp. | A | Dividend | J | T | Buy | 04/30/19 | J | | |
| 810. | | | | | Buy<br>(add'l) | 05/02/19 | J | | |
| 811. | | | | | Buy<br>(add'l) | 05/03/19 | J | | |
| 812. - Roche | | None | | | Buy<br>(add'l) | 01/29/19 | J | | |
| 813. | | | | | Sold | 05/09/19 | J | A | |
| 814. - Royal Dutch Shell | A | Dividend | J | T | Sold<br>(part) | 03/18/19 | J | A | |
| 815. - SAP AG | A | Dividend | J | T | | | | | |
| 816. - Sasol | | None | | | Sold | 04/30/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Newman, Jon O. | 04/06/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 817.   - Schlumberger | | None | | | Sold | 04/30/19 | J | | |
| 818.   - Scott's Miracle-Glo (see note Part VIII) | A | Dividend | J | T | | | | | |
| 819.   - Seagate Tech. | A | Dividend | J | T | | | | | |
| 820.   - SGS Soc. Gen. Surveillance | | | | | Buy | 04/05/19 | J | | |
| 821. | | | | | Sold | 05/01/19 | J | | |
| 822.   - Signature Bank | A | Dividend | | | Sold | 05/01/19 | J | A | |
| 823.   - Siteone Landscape | | None | | | Sold | 05/01/19 | J | | |
| 824.   - Snap-on | A | Dividend | J | T | | | | | |
| 825.   - Sonova | A | Dividend | J | T | | | | | |
| 826.   - Southern Company | A | Dividend | J | T | Buy | 04/30/19 | J | | |
| 827. | | | | | Buy (add'l) | 05/02/19 | J | | |
| 828. | | | | | Buy (add'l) | 05/03/19 | J | | |
| 829.   - Symrise | A | Dividend | J | T | | | | | |
| 830.   - Sysmex | A | Dividend | J | T | | | | | |
| 831.   - Taiwan Semiconductor | A | Distribution | J | T | | | | | |
| 832.   - TE Connectivity | A | Dividend | J | T | | | | | |
| 833.   - Temenos | | None | | | Sold | 04/30/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Newman, Jon O. | 04/06/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 834. - Tenaris | | None | | | Sold | 02/15/19 | J | A | |
| 835. - Tencent Holdings | | None | | | Buy | 01/29/19 | J | | |
| 836. | | | | | Sold | 04/30/19 | J | | |
| 837. - Teradyne | A | Dividend | | | | | | | |
| 838. - The Scotts Miracle-Gro (see note Part VIII) | | None | | | Closed | 04/25/19 | J | | |
| 839. - Thor Industries | | None | | | Sold | 04/30/19 | J | | |
| 840. - Twitter | | None | J | T | | | | | |
| 841. - Unicharm | | | | | Buy | 02/19/19 | J | | |
| 842. | | | | | Sold | 04/30/19 | J | A | |
| 843. - Unilever | A | Dividend | J | T | | | | | |
| 844. - United Health | A | Dividend | J | T | | | | | |
| 845. - Verizon | A | Dividend | K | T | Buy | 04/30/19 | J | | |
| 846. | | | | | Buy (add'l) | 05/02/19 | J | | |
| 847. | | | | | Buy (add'l) | 05/03/19 | J | | |
| 848. - Vertex | | None | J | T | | | | | |
| 849. - Wabco Holdings | | None | J | T | | | | | |
| 850. - Waste Management | A | Dividend | K | T | Buy | 04/30/19 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Newman, Jon O. | 04/06/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 851. | | | | | Buy<br>(add'l) | 05/03/19 | J | | |
| 852.  - Weatherford Int'l | | None | | | Sold | 04/30/19 | J | | |
| 853.  - Weibo | | None | | | Sold | 01/14/19 | J | | |
| 854.  - Western Digital Corp. | | None | | | Sold | 04/30/19 | J | | |
| 855.  - Yandex | | None | | | Buy | 01/10/19 | J | | |
| 856. | | | | | Sold | 05/01/19 | J | A | |
| 857.  Exchange traded closed end funds (H): | | | | | | | | | |
| 858.  - Ishares MSCI EAFE Value Fund | | None | | | Sold | 05/13/19 | J | A | |
| 859.  - Ishares Russell 3000 Fund | A | Dividend | K | T | | | | | |
| 860.  - SPDR S&P Div ETF Fund | A | Dividend | K | T | Buy | 05/01/19 | K | | |
| 861.  - Vanguard Intermediate ETF term bond<br>Fund | B | Dividend | K | T | Buy | 04/30/19 | K | | |
| 862.  - Vanguard short term Corp Bond Fund | A | Dividend | K | T | Buy | 04/30/19 | K | | |
| 863.  Mutual funds (H): | | | | | | | | | |
| 864.  - Alliance Bernstein Global Bond Advisor<br>Fund | A | Dividend | | | Sold | 04/29/19 | K | | |
| 865.  - American Tax-Exempt Bd Fund | | | L | T | Buy | 05/09/19 | K | | |
| 866. | | | | | Buy<br>(add'l) | 05/13/19 | K | | |
| 867.  - Brandes Emerging Markets I Fund | | None | | | Sold | 04/26/19 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Newman, Jon O. | 04/06/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 868.  - Columbia Acorn Fund | | None | | | Sold | 04/26/19 | K | | |
| 869.  - E V Atlanta Cap Sel Eq Fund | A | Dividend | K | T | Buy | 01/28/19 | K | | |
| 870.  - Franklin Federated Intermediate-Term Tax Free Fund | | None | | | Sold | 05/01/19 | M | C | |
| 871.  - Goldman Sachs Strategis Mun. Inc. Fund | A | Dividend | M | T | Buy | 05/01/19 | L | | |
| 872.  - Invesco Premier Tax Exempt | A | Dividend | | | Redeemed | 04/11/19 | J | | |
| 873.  - Lateef Fund | | None | | | Sold | 01/28/19 | J | | |
| 874.  - Lord Abbett Conv. Fund | | None | | | Redeemed | 04/11/19 | K | | |
| 875.  - Pimco Real Return Fund | A | Dividend | | | Redeemed | 04/11/19 | K | | |
| 876.  - TCW Emerging Marets Fund | | None | | | Sold | 04/30/19 | K | | |
| 877.  - TCW Total Return Bond Fund | A | Dividend | | | Sold | 04/30/19 | K | | |
| 878.  IRA with Stocks, ETFs, and Mutual Funds (see note Part VIII) (H): | | | | | | | | | |
| 879.  Brokerage Account No. 1 (see note Part VIII) (H): | | | | | | | | | |
| 880.  - Citibank Bank Deposit | | None | | | Closed | 04/12/19 | K | | |
| 881.  - Wells Fargo Bank expanded bank deposit | A | Interest | J | T | Open | 04/12/19 | K | | |
| 882.  Brokerage Account No. 2 (see note Part VIII) (H): | | | | | | | | | |
| 883.  - Morgan Stanley, New Haven, CT liquid asset fund | | None | | | Closed | 04/12/19 | M | | |
| 884.  - Wells Fargo Bank standard bank deposit | A | Interest | J | T | Open | 04/12/19 | M | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4)<br>2 Value Codes<br>(See Columns C1 and D3)<br><br>3 Value Method Codes<br>(See Column C2) | A =$1,000 or less<br>F =$50,001 - $100,000<br>J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000<br>Q =Appraisal<br>U =Book Value | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000<br>K =$15,001 - $50,000<br>O =$500,001 - $1,000,000<br><br>R =Cost (Real Estate Only)<br>V =Other | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000<br>L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000<br>S =Assessment<br>W =Estimated | D =$5,001 - $15,000<br>H2 =More than $5,000,000<br>M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000<br><br>T =Cash Market | E =$15,001 - $50,000 |

| Name of Person Reporting | Date of Report |
|---|---|
| **Newman, Jon O.** | 04/06/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 885.  Stocks (H): | | | | | | | | | |
| 886.  - Allstate | | None | | | Sold | 01/17/19 | J | | |
| 887.  - American Electric Power | A | Dividend | K | T | Buy | 04/29/19 | J | | |
| 888.  - Amgen | A | Dividend | K | T | Buy<br>(add'l) | 04/29/19 | J | | |
| 889. | | | | | Buy<br>(add'l) | 05/03/19 | J | | |
| 890. | | | | | Buy<br>(add'l) | 05/06/19 | J | | |
| 891.  - Apple | A | Dividend | J | T | Buy | 04/29/19 | K | | |
| 892. | | | | | Buy<br>(add'l) | 05/01/19 | J | | |
| 893. | | | | | Buy<br>(add'l) | 05/03/19 | J | | |
| 894. | | | | | Buy<br>(add'l) | 05/13/19 | J | | |
| 895.  - AT&T | A | Dividend | J | T | Buy | 04/29/19 | K | | |
| 896.  - Berkshire Hathaway | | None | L | T | Buy | 04/29/19 | L | | |
| 897.  - Boeing | A | Dividend | K | T | Buy | 04/29/19 | K | | |
| 898. | | | | | Buy<br>(add'l) | 05/13/19 | J | | |
| 899.  - Chevron | A | Dividend | K | T | Buy | 04/29/19 | K | | |
| 900.  - Cisco | A | Dividend | K | T | Buy | 04/29/19 | J | | |
| 901. | | | | | Buy<br>(add'l) | 05/03/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Newman, Jon O.** | 04/06/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 902. | | | | | Buy<br>(add'l) | 05/13/19 | J | | |
| 903. | | | | | Buy<br>(add'l) | 09/19/19 | J | | |
| 904.   - Digital Realty Trust | A | Dividend | K | T | Buy | 04/29/19 | K | | |
| 905.   - Exxon Mobil | A | Dividend | K | T | Buy | 04/29/19 | J | | |
| 906. | | | | | Buy<br>(add'l) | 05/06/19 | J | | |
| 907. | | | | | Buy<br>(add'l) | 09/19/19 | J | | |
| 908.   - General Mills | A | Dividend | K | T | Buy | 04/29/19 | K | | |
| 909.   - Home Depot | A | Dividend | K | T | Buy | 04/29/19 | K | | |
| 910. | | | | | Buy<br>(add'l) | 05/13/19 | J | | |
| 911.   - IBM | A | Dividend | K | T | Buy | 05/13/19 | J | | |
| 912.   - Intel | A | Dividend | K | T | Buy | 04/29/19 | K | | |
| 913. | | | | | Buy<br>(add'l) | 05/13/19 | J | | |
| 914.   - Johnson & Johnson | A | Dividend | K | T | Buy | 04/29/19 | K | | |
| 915. | | | | | Buy | 04/29/19 | K | | |
| 916.   - JP Morgan Chase | A | Dividend | K | T | Buy | 04/29/19 | K | | |
| 917. | | | | | Buy<br>(add'l) | 05/13/19 | J | | |
| 918.   - Lockheed Martin | A | Dividend | | | Buy | 03/29/19 | K | | |

| | | | | |
|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Newman, Jon O. | 04/06/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 919. - Merck | A | Dividend | K | T | Buy (add'l) | 04/29/19 | K | | |
| 920. - Microsoft | A | Dividend | | | Buy | 04/29/19 | K | | |
| 921. - Nextera Energy | A | Dividend | K | T | Buy | 04/29/19 | K | | |
| 922. - Pepsico | A | Dividend | | | Buy | 04/29/19 | K | | |
| 923. - Pfizer | A | Dividend | J | T | Buy | 04/29/19 | K | | |
| 924. | | | | | Buy (add'l) | 09/19/19 | J | | |
| 925. - Phillips 66 | A | Dividend | K | T | Buy | 04/29/19 | K | | |
| 926. | | | | | Buy (add'l) | 05/03/19 | J | | |
| 927. | | | | | Buy (add'l) | 05/06/19 | J | | |
| 928. | | | | | Buy (add'l) | 05/13/19 | J | | |
| 929. - Procter & Gamble | A | Dividend | K | T | Buy | 04/29/19 | K | | |
| 930. - Public Service Enterprise | A | Dividend | | | Sold | 01/17/19 | J | A | |
| 931. - Realty Income Corp. | A | Dividend | K | T | Buy | 04/29/19 | K | | |
| 932. - Southern Company | A | Dividend | J | T | Buy | 04/29/19 | J | | |
| 933. - U.S. Bancorp | A | Dividend | | | Sold | 01/17/19 | J | A | |
| 934. | | | | | Buy | 04/29/19 | J | | |
| 935. - Verizon | A | Dividend | K | T | Buy | 04/29/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Newman, Jon O.** | 04/06/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 936. | | | | | Buy<br>(add'l) | 05/13/19 | J | | |
| 937.  - Waste Management | A | Dividend | K | T | Buy | 04/29/19 | K | | |
| 938.  Exchange traded and closed end funds (H): | | | | | | | | | |
| 939.  - Deutsche X-Trackers MSCI Fund (see note Part VIII) | | None | | | Closed | 4/26/19 | L | | |
| 940.  - Invesco Dynamic Large Cap Fund | B | Dividend | M | T | | | | | |
| 941.  - Ishares Barclays 7-10 Year Treasury Fund | | None | | | Sold | 04/29/19 | L | | |
| 942.  - Ishares MSCI EAFE Index Fund | | None | | | Sold | 05/13/19 | L | B | |
| 943.  - Ishares Russell 1000 Index Fund | | None | | | Sold | 04/29/19 | L | | |
| 944.  - Ishares Russell 1000 Value Fund | B | Dividend | L | T | | | | | |
| 945.  - Ishares Russell 3000 Fund | | None | | | Sold | 04/29/19 | L | | |
| 946.  - Ishares Russell mid-cap Fund | | None | | | Sold | 04/29/19 | L | | |
| 947.  - Ishares TIPS Bond Fund | | None | | | Sold | 04/26/19 | L | | |
| 948.  - SPDR DJ Wilshire Int'l Real Estate | | None | | | Sold | 04/26/19 | L | | |
| 949.  - Vanguard Intermediate ETF Term Bd Fund | C | Dividend | M | T | Buy | 04/29/19 | L | | |
| 950. | | | | | Buy<br>(add'l) | 05/13/19 | K | | |
| 951.  - Vanguard short term ETF Fund | A | Dividend | K | T | Buy | 05/13/19 | K | | |
| 952.  - Vanguard Utilities Fund | C | Dividend | M | T | Buy<br>(add'l) | 04/29/19 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Newman, Jon O. | 04/06/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 953. - Xtrackers MSCI Fund (see note Part VIII) | | | | | Open | 04/26/19 | L | | |
| 954. | | | | | Sold | 04/26/19 | L | C | |
| 955. Mutual Funds (H): | | | | | | | | | |
| 956. - Cohen & Steers Pref. Sec. & Inc. I | C | Dividend | L | T | Buy (add'l) | 04/01/19 | J | | |
| 957. - Guggenheim Total Return BD 1 Fund | | None | | | Sold | 04/26/19 | L | | |
| 958. - Invesco AIM ATST Premier Fund | | None | | | Sold | 04/17/19 | K | | |
| 959. - JHF Seaport Long/Short Fund | | None | | | Sold | 04/26/19 | L | | |
| 960. - Legg Mason Western Asset Emerging Markets Fund | | None | | | Sold | 04/26/19 | L | | |
| 961. - Oppenheimer Int'l Fund | | None | | | Sold | 04/26/19 | L | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Newman, Jon O. | 04/06/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII:

Line 3: This account is more accurately labeled as "Wells Fargo expanded bank deposit."

Line 4: This account was formerly at Morgan Stanley and was transferred to Wells Fargo and is now labeled "Brokerage Account No. 1."

Line 5: This cash account was transferred From Morgan Stanley to Wells Fargo.

Line 16: Cigna shares were enxchanged for shares of Cigna Cortp. New.

Line 29: This is the new name of the fund listed on line 31.

Line 31: This fund changed its name to BNY Mellon Technology Growth Fund, l;isted on line 29.

Line 36:This account is a change of name from Oppenheimer Mid Cap Rwevenue Fund on line 31 of 2018 report.

Line 37: This account is a change of name from Oppenheimer Roch AMT Free Mu C Fund on line 32 of 2018 report.

Line 38: This account is a change of name from Oppenheimer Small Cap Revenue Fund on line 33 of 2018 report.

Line 67: With the redesignation of the header on line 4 as 'Brokerage Account No. 1," the header on this Wells Fargo accouint is now labeled 'Brokerage Account No. 2."

Line 68: This account is more accurately labeled as "Wells Fargo expanded bank deposit."

Line 102: DowDupont dissolved, and Dow Inc., on line 100, was spun off as a separate company.

Line 158: This stock changed its name from "Powershares QQQ Trust Units Ser. 1 Fund" to "Invesco QQQ Trust Units Ser. 1 Fund."

Line 178: This account was formerly at Morgan Stanley and was transferred to Wells Fargo. Because Wells Fargo opened a second account for Trust No. 1, this account is now labeled "Brokerage Account No. 1."

Line 211: This is a new account opened at Wells Fargo for Trust No. 1. Because the account identified on line 178 is now labeled "Brokerage Account No. 1," this new account is labeled "Brokerage Account No. 2."

Line 239: This account was formerly at Morgan Stanley and was transferred to Wells Fargo. Because Wells Fargo opened a second account for Trust No. 2, this account is now labeled "Brokerage Account No. 1."

Line 300: This is a new account opened at Wells Fargo for Trust No. 2. Because the account identified on line 239 is now labeled "Brokerage Account No. 1," this new account is labeled "Brokerage Account No. 2."

Line 384: This account is a change of name from "PowerShares Russell Midcap Pure Value Fund" (on line 281 of 2018 report) to "Invesco S&P Midcap Value with Momentum Fund."

Line 385: This account is a change of name from "PowerShares Russell Midcap Pure Growth Fund" (on line 280 of 2018 report) to "Invesco S&P Midcap Momentum Fund."

Line 411: This account was formerly at Morgan Stanley and was transferred to Wells Fargo. Because Wells Fargo opened a second account for Trust No. 3, this account is now labeled "Brokerage Account No. 1."

Line 430: This stock was transferred from Brokerage Account No. 2, line 580, to Brokerage Account No. 1.

Line 434: This is a new account opened at Wells Fargo for Trust No. 3. Because the account identified on line 411 is now labeled "Brokerage Account No. 1," this new account is labeled "Brokerage Account No. 2."

Line 496: Globe Life is the new name of Torchmark, which was on line 415 of 2018 report..

Line 563: Suntrust merhed with Truist, listed on line 567.

Line 565: Torchmark changed its name to Globe Life, which is on line 496.

Line 567: Truist is the name of the company into which Suntrust, listed on line 563, merged.

Line 580: This stock was transferred from Brokerage Account No. 2 to Brokerage Account No.1, where it is listed on line 430.

Line 582: This is the name of this Fund when it was transferred from Morgan Stanley to Wells Fargo, but the listing was changed to "Xtrackers MSCI Fund"t when the Fund was received into Wells Fargo (see line 592).

Line 592: This is the name of this Fund when it was transferred to Wells Fargo from Morgan Stanley (see line 582).

Line 607: This account was formerly at Morgan Stanley and was transferred to Wells Fargo. Because Wells Fargo opened a second account for Trust No. 4 this account is now labeled "Brokerage Account No. 1."

Line 631: This is a new account opened at Wells Fargo for Trust No. 4. Because the account identified on line 601 is now labeled "Brokerage Account No. 1," this new account is labeled "Brokerage Account No. 2.":

Line 818: This stock was listed on the 2018 report as "The Scott's Miracle-Glo" but, because of the transfer of accounts from Morgan Stanley to Wells Fargo, it is now listed as "Scott's Miracle-Glo."

Line 838: This is the same stock listeed on line 812.See note for line 818.

Line 878: This header has been slighty changed to be more descriptive.

Line 879:This account was formerly at Morgan Stanley and was transferred to Wells Fargo. Because Wells Fargo opened a second account for  this IRA account, this account is now labeled "Brokerage Account No. 1."

Line 882: This is a new account opened at Wells Fargo for the IRA account.. Because the account identified on line 879 is now labeled "Brokerage Account No. 1," this new account is labeled "Brokerage Account No. 2.":

Line 939: This is the name of this Fund when it was transferred from Morgan Stanley to Wells Fargo, but the listing was changed to "Xtrackers MSCI Fund"t when the Fund was received into Wells Fargo (see line 953).

Line 953: This is the name of this Fund when it was transferred to Wells Fargo from Morgan Stanley (see line 939).

## IX. CERTIFICATION.

    I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

    I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

**Signature:** s/ **Jon O. Newman**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544